# Exhibit A
# State-Court Documents

| | | |
|---|---|---|
| AOC-E-105  Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **20-CI-00577**<br>Court:  **CIRCUIT**<br>County: **BOONE** |

*Plantiff*, **VICENCIO, JULIE VS. AETNA LIFE INSURANCE COMPANY**, *Defendant*

TO:  **CT CORPORATION SYSTEM**
    **306 WEST MAIN STREET, SUITE 512**
    **FRANKFORT, KY 40601**

Memo: Related party is AETNA LIFE INSURANCE COMPANY

The Commonwealth of Kentucky to Defendant:
**AETNA LIFE INSURANCE COMPANY**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                        /s/ David Martin, Boone
                        Circuit Clerk
                        Date: 5/27/2020

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20____

                        Served By _____

                        Title _____

---

Summons ID: 247785417358769@00000909979
CIRCUIT: 20-CI-00577 Certified Mail
VICENCIO, JULIE VS. AETNA LIFE INSURANCE COMPANY



Page 1 of 1

**eFiled**

*Presiding Judge: HON. RICHARD A. BRUEGGEMANN (654349)*
*Package: 000002 of 000007*

COMMONWEALTH OF KENTUCKY
BOONE CIRCUIT COURT
CIVIL ACTION NO. _____
*Electronically Filed*

JULIE VICENCIO                                                         PLAINTIFF

vs.                                **COMPLAINT**

AETNA LIFE INSURANCE COMPANY           DEFENDANT

    **To be served through:**
    CT Corporation System
    306 West Main Street
    Suite 512
    Frankfort, KY 40601

** ** ** ** ** ** ** ** ** **

Comes the Plaintiff, Julie Vicencio, and for her Complaint against Defendant Aetna Life Insurance Company ("Aetna"), states as follows:

1. Plaintiff Julie Vicencio is a citizen and resident of Boone County, Kentucky.

2. Defendant Aetna is an insurance company believed to be domiciled in the state of Connecticut, where it is a citizen and resident, with a statutory home office located at 151 Farmington Avenue, Hartford, Connecticut 06156.

3. Aetna is authorized to do the business of insurance in Kentucky by holding a Kentucky Certificate of Authority.

4. Aetna's service of process agent is CT Corporation System, 306 West Main Street, Suite 512, Frankfort, Kentucky 40601, and Aetna may be served upon said service of process agent.

5. Jurisdiction and venue are proper in this Court because Defendant transacts business and caused damages in the Commonwealth of Kentucky, and Plaintiff resides in, and was caused harm in, Boone County, Kentucky.

6. At the time of the circumstances giving rise to this lawsuit, Plaintiff was an employee of Quest Diagnostics Incorporated employed as a Phlebotomy Services Rep 1.

7. Quest Diagnostics Incorporated established and provided a long-term disability ("LTD") Plan to employees, which includes Plaintiff. The LTD policy number is believed to be GP-699840.

8. Plaintiff was covered and eligible under the LTD Plan.

9. The LTD Plan entitles employees to a percentage of their predisability earnings upon satisfaction of the terms of the policy.

10. The LTD policy is believed to define disability and entitle Plaintiff to receive LTD benefits if Plaintiff meets the following definition:

    You will be deemed to be disabled while either of the following applies to you:

    - During the period of a certified period of disability which ends right after the first 30 months benefits are payable:

        You are not able, solely because of disease or **injury**, to perform the material duties of your own occupation; except, if you start work at a **reasonable occupation** you will no longer be deemed disabled.

    - Thereafter, during such certified period of disability:

        You are not able, solely because of disease or **injury**, to work at any **reasonable occupation.**

    If your own occupation requires a license of any kind, you will not be deemed to be disabled solely because of loss of license.

11. Defendant has a responsibility for payment of any disability benefits due according to the terms and conditions of the LTD policy.

2

12. Plaintiff, while working for Quest Diagnostics Incorporated, became disabled under the terms of the LTD policy, which disability arose after the Effective Date of the LTD policy, and she was unable to return to work as a Phlebotomy Services Rep I for Quest Diagnostics Incorporated since on or about April 14, 2005, and remains disabled under the terms of the LTD policy.

13. Plaintiff timely and properly submitted a claim to Defendant, consistent with the terms of the LTD policy. Plaintiff's LTD claim number is believed to be 5187997.

14. Prior to receiving LTD benefits, Plaintiff received short-term disability benefits through exhaustion.

15. Plaintiff has been approved for disability benefits by the Social Security Administration.

16. Defendant approved Plaintiff's claim for LTD benefits with benefits effective October 2005. Plaintiff received LTD benefits through approximately August 31, 2019.

17. By letter dated August 28, 2019, Defendant denied Plaintiff's claim for future LTD benefits under the policy.

18. On or about September 6, 2019, Plaintiff timely and properly appealed the denial of her LTD benefits, in the manner set forth in the applicable policy.

19. By letter dated January 2, 2020, Defendant upheld the denial of Plaintiff's claim for LTD benefits.

20. The January 2, 2020 letter stated that "no other action will be taken" and Plaintiff "can file a lawsuit under section 502(a) of a law called ERISA" if she disagrees "with the final appeal decision[.]"

21. Plaintiff is entitled to payment of LTD benefits, as Plaintiff meets the definition of "disability" under the terms of the applicable policy, and Defendant should be required to perform under its contract and pay benefits to Plaintiff.

3

22. The LTD insurance is an employee benefit governed by the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001 *et seq.*

23. Plaintiff has timely and properly exhausted any required administrative remedies and appeals.

## COUNT I

24. Plaintiff incorporates by reference all of the preceding paragraphs as if fully stated herein.

25. This count is brought under ERISA pursuant to 29 U.S.C. § 1132(a)(1)(B) as a result of Defendant's improper denials of benefits under the applicable plan and to recover benefits under the terms of the plan.

26. Defendant's decision to terminate benefits, and its refusal to approve benefits after receiving additional evidence on appeal, was wrong, arbitrary and capricious, against the evidence provided to Defendant, and a breach of fiduciary duty, all of which entitles Plaintiff to benefits under the terms of the plan, interest, and attorney's fees under 29 U.S.C. § 1132(a)(1)(B) and (g).

27. Defendant's internal review is not subject to abuse of discretion review, and Plaintiff's claim should be reviewed de novo.

28. The damages sought for the aforesaid injuries are in excess of the jurisdictional limits of this Court.

WHEREFORE, Plaintiff demands the following relief:

Judgment against Defendant for full contractual benefits under 29 U.S.C. § 1132(a)(1)(B) and attorney's fees and interest under 29 U.S.C. § 1132(g) pursuant to ERISA.

4

Respectfully submitted:

*/s/ Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY
Email: elizabeth@austinmehr.com
M. AUSTIN MEHR
Email: amehr@austinmehr.com
**Mehr, Fairbanks & Peterson**
**Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830
*Counsel for Plaintiff*

5

Package:000007 of 000007
Presiding Judge: HON. RICHARD A. BRUEGGEMANN (654349)
Package : 000007 of 000007