UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| JULIE VICENCIO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:20-cv-00088-WOB-CJS |
| | ) | |
| v. | ) | |
| | ) | |
| AETNA LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## **STIPULATION OF DISMISSAL**

Plaintiff, Julie Vicencio ("Plaintiff"), by counsel, and Defendant, Aetna Life Insurance Company ("Defendant"), by counsel, stipulate that this matter be dismissed with prejudice, with each party to bear its own attorneys' fees and costs. In support hereof, the parties show the Court that all matters previously in dispute between them have been resolved.

WHEREFORE, the parties, by their respective counsel, stipulate that this matter be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: April 26, 2021.

So Ordered this 27th day of April, 2021.



Signed By:
*William O. Bertelsman* WOB
United States District Judge

Respectfully submitted,

*/s/ Elizabeth A Thornsbury*
ELIZABETH A. THORNSBURY
Email: elizabeth@austinmehr.com
M. AUSTIN MEHR
Email: amehr@austinmehr.com
**Mehr, Fairbanks & Peterson**
**Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830
*Counsel for Plaintiff*

and

*/s/ Braxton S. Thrash* (with permission)
WILLIAM B. WAHLHEIM, JR., *pro hac vice*
Email: wwahlheim@maynardcooper.com
BRAXTON S. THRASH, *pro hac vice*
Email: bthrash@maynardcooper.com
**Maynard, Cooper & Gale, P.C.**
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203-2602
Telephone: (205) 254-1000
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following registered participants:

- **M. Austin Mehr**
  amehr@austinmehr.com,amlopsc@yahoo.com,knolen@austinmehr.com, pgf@austinmehr.com,shall@austinmehr.com
- **Elizabeth Ann Thornsbury**
  elizabeth@austinmehr.com,amlopsc@yahoo.com,knolen@austinmehr.com, shall@austinmehr.com
- **Braxton S. Thrash**
  bthrash@maynardcooper.com
- **William B. Wahlheim , Jr**
  wwahlheim@maynardcooper.com,pjones@maynardcooper.com

**Manual Notice List**

- No manual recipients

                                           */s/ Elizabeth A. Thornsbury*
                                           ELIZABETH A. THORNSBURY